UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**FILED**
APR 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA

vs

Benjamin L. Ainsworth

Area Code _____ Phone No. _____

CASE NO. _____
OFFENSE Possess Drug Paraphernalia
under I.R.S. Ch. 720 Sec. 600/3.5
U.S.C. Title _____ Sec. _____

## ORDER FOR SUPERVISION

Defendant Benjamin L. Ainsworth is present in open court with/without counsel _____. The prosecution is present by Capt Anthony Moffitt. Defendant's application for a disposition of Supervision pursuant to 730 ILCS Sec. 5/5 - 1-21 as incorporated under T. 18, U.S.C. Sec. 13 is presented. Defendant admits the factual basis of the pending charge. The Court finds that:
1. The offender is not likely to commit further crimes or offenses, and,
2. The offender and the public would best be served if defendant did not incur a record of conviction,
3. In the interest of justice a disposition of supervision is more appropriate than an alternative sentence.

IT IS THEREFORE ORDERED that the defendant's application for Court Supervision is granted. Further proceedings are deferred for a period of 12 months, upon the following conditions:
( ) The offender shall nor violate any penal statute ordinance of any jurisdiction.
( ) The offender shall report to and appear in person before any person or agency designated by the Court.
(✓) The offender shall pay a fine of $ 150 and, pursuant to T.18, U.S.C. Sec. 3013, a monetary assessment of $25 +$25 processing fee. Total fine plus assessment of $ 200 which shall be paid by 9 October 2008.
( ) The offender shall attend and satisfactorily complete an alcohol abuse program as designated, and shall complete any and all follow-up treatment deemed necessary as determined by said program. Reasonable cost of the program shall be paid by the offender.
( ) The offender shall make restitution or reparation to _____ in the amount of $ _____.
( ) The offender shall not possess a firearm or any other dangerous weapon.
( ) _____
( ) _____

The defendant's correct mailing address shall be maintained by the defendant in the U.S. District Clerk's file at all times during the period of Supervision. Defendant's promptness in performing all of the conditions of this order shall be considered in determining satisfactory completion of the period and conditions of Supervision.

This Order is a final disposition. Defendant is advised of the rights to appeal from the terms and conditions of this order.

ENTER: 4/9/08
Date

_____
United States Magistrate Judge

I acknowledge receipt of a copy of this Order for Supervision, that I have read the order and understand its terms and conditions. I understand that a failure to comply with the stated terms and conditions will result in further proceedings against me in this cause.

_____
Government Attorney

_____
Defendant

_____
Defendant's Attorney